# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CLAY DEWAYNE DOSS, | ) | |
|        Petitioner, | ) | |
| vs. | ) | NO. CIV-10-0291-HE |
| DAVID C. MILLER, | ) | |
|        Respondent. | ) | |

## ORDER

Petitioner Clay Dewayne Doss, a state prisoner appearing *pro se*, filed this case pursuant to 28 U.S.C. § 2254, seeking habeas relief from his state court conviction. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred for initial proceedings to Magistrate Judge Doyle Argo, who has recommended that the petition be denied. Objections to Judge Argo's Report and Recommendation were due by June 10, 2010.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. § 636(b)(1)(C); LCvR72.1(a). Accordingly, the court adopts Magistrate Judge Argo's Report and Recommendation, and **DENIES** the petition for writ of habeas corpus.

**IT IS SO ORDERED**.

Dated this 15th day of October, 2010.

JOE HEATON
UNITED STATES DISTRICT JUDGE